LAWRENCE G. TOWNSEND  (SBN 88184)(ltownsend@owe.com)
LAW OFFICES OF LAWRENCE G. TOWNSEND
455 Market Street, 19th Floor
San Francisco, California 94105
(415) 882-3288; (415) 882-3299 FAX

DOUGLAS A. LINDE (SBN 217584)(dal@lindelaw.net)
ERICA L. ALLEN (SBN 234922)(eag@lindelaw.net)
THE LINDE LAW FIRM
9000 Sunset Boulevard, Suite 1025
Los Angeles, California 90069
(310) 203 9333; (310) 203-9233 FAX

Attorneys for Plaintiff
THE ESTATE OF JAMES J. MARSHALL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF JAMES J. MARSHALL,<br><br>            Plaintiff,<br><br>   vs.<br><br>THIERRY GUETTA; ITS A WONDERFUL WORLD, INC., a California corporation; GOOGLE, INC.. a Delaware corporation, and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No. **CV12-3423** -SJO (VBKx)<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT**<br><br>**DEMAND FOR JURY TRIAL** |

COMES NOW, Plaintiff, The Estate of James J. Marshall ('Plaintiff' or 'Marshall') and

alleges as follows:

## INTRODUCTION AND OVERVIEW

This is a clear liability copyright infringement case, wherein Defendants engaged in advertising activity, including but not limited to, making, without authorization, posters, lithographs, paintings and other art featuring Plaintiff's copyrighted images and making unauthorized reproductions of Plaintiff's copyrighted images, and display thereof, to promote online music services, causing significant advertising injury to Plaintiff. Plaintiff seeks recovery of all remedies available under law including, but not limited to, its damages, all of Defendants' profits, and payment of Plaintiff's attorneys' fees and costs.

### JURISDICTION AND VENUE

2.  This Court has federal question jurisdiction under 28 U.S.C. §§ 1331, 1338(a).

3.  The claims asserted herein arose in this judicial district and all Defendants do business in this judicial district.

4.  Venue in this judicial district is proper under 28 U.S.C. §§ 1391(b) and (c) and 1400(a) in that this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred.

5.  This is an action for copyright infringement under the Copyright Act of 1976, Title 17 U.S.C. § 101 *et seq*., seeking preliminary and permanent injunctive relief, an accounting, damages, attorneys' fees and costs.

///

Complaint for Copyright Infringement; Demand for Jury Trial

**PARTIES**

6.  The Estate of James J. Marshall ("Plaintiff") is being administered in San Francisco Superior Court, Case No. PES-10-293338. Jim Marshall ("Marshall") who died on March 24, 2010, was a world-renowned photographer, particularly noted for his iconic photographs of celebrated popular musical performers. The administrator of the Estate is duly vested with all powers necessary to bring this suit.

7.  Plaintiff is informed and believes and thereon alleges that THIERRY GUETTA ("GUETTA") is an individual, and a citizen of the State of California. Plaintiff is informed and believes and thereon alleges that GUETTA is a graphic artist who uses pseudonym is "MR. BRAINWASH."

8.  Plaintiff is informed and believes and thereon alleges that IT'S A WONDERFUL WORLD, INC., is a corporation organized under the laws of the State of California, for the purpose of, among other things, promoting, displaying, distributing and the works of Defendant GUETTA.

9.  Plaintiff is informed and believes and thereon alleges that Defendant GOOGLE, INC. is a corporation organized and existing under the laws of Delaware and is qualified to do business in California.

10. Plaintiff is informed and believes and thereon alleges that DOES 1 through 10, inclusive, created, assembled, distributed, manufactured and/or sold artwork bearing Plaintiff's copyrighted Subject Images (as hereinafter defined). The true names and

Complaint for Copyright Infringement; Demand for Jury Trial

capacities, whether corporate, individual or otherwise, of the Defendants DOE 1 through 10, inclusive, are unknown to Plaintiff who therefore sues said Defendants by such fictitious names, and will ask leave to amend this Complaint to show their true names and capacities when the same have been ascertained.

11. Plaintiff is informed and believes and thereon alleges that at all times relevant hereto, each of the Defendants, including without limitation the DOE Defendants, was the agent, affiliate, officer, director, manager, principal, partner, joint venturer, alter-ego and/or employee of the remaining Defendants and was at all times acting within the scope of such agency, affiliate, officer, director, manager, principal, partner, joint venturer, alter-ego and/or employment relationship and actively participated in, or subsequently ratified and adopted, or both, each and all of the acts or conduct alleged herein, with full knowledge of all the facts and circumstances, including, but not limited to, full knowledge of each and all of the violations of Plaintiff's rights and the damages to Plaintiff proximately caused thereby.

## FIRST CAUSE OF ACTION

## (Copyright Infringement Against Thierry Guetta,

## It's a Wonderful World, Inc. and Does 1 through 10 ONLY)

12. Plaintiff repeats, realleges and incorporates by reference in this paragraph the allegations contained in this Complaint as if fully set forth herein.

13. Plaintiff created the following original photographic image of John Coltrane ,

4

Complaint for Copyright Infringement; Demand for Jury Trial

that is protected by one or more copyright registrations, including Registration No. VA0001365079.



14. Plaintiff created the following original photographic image of Sonny Rollins, that is protected by one or more copyright registrations, including Registration No. VA0001365079.



15. Plaintiff created the following original photographic image of Thelonious Monk, Dizzy Gillespie and Gerald Wilson, that is protected by one or more copyright registrations, including Registration No. VA0001365079.



16. Plaintiff created the following original photographic image of Stanley Turrentine, that is protected by one or more copyright registrations, including Registration No. VA0001365079.



17. Plaintiff created the following original photographic image of Brian Jones and Jimi Hendrix, that is protected by one or more copyright registrations, including Registration No. TX0006031402.



18. Plaintiff created the following original photographic image of Jimi Hendrix, that is protected by one or more copyright registrations, including Registration No. TX0006031402.



Complaint for Copyright Infringement; Demand for Jury Trial

19. Plaintiff is informed and believes and thereon alleges that Defendants including all DOE Defendants, their customers and suppliers and each of the, had access to the Subject Images, including without limitation access through Plaintiff's photography books.

20. Defendants wrongfully created copies of the Subject Images without Plaintiff's consent and engaged in acts of affirmative and widespread self-promotion of the copies directed to the public at large by distributing said copies (and accompanying written materials) with a false and misleading designation of creation.

21. Plaintiff is informed and believes that Defendants, and each of them, directly copied the Subject Images, and adapted them without Plaintiff's permission.

22. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, further infringed Plaintiff's copyright by making derivative works from the Subject Images, and/or by producing, displaying, offering for sale, selling and distributing said works without Plaintiff's permission. Defendants then engaged in acts of affirmative and widespread self-promotion of the copies directed to the public at large by publicly claiming ownership rights in and to the derivative works based on the Subject Images that belong solely to Plaintiff.

///

///

///

Complaint for Copyright Infringement; Demand for Jury Trial

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

23. Defendants displayed, offered for sale, and in fact sold the following product:



24. Defendants displayed, offered for sale, and in fact sold the following product:



Complaint for Copyright Infringement; Demand for Jury Trial

25. Defendants displayed, offered for sale, and in fact sold the following product:



26. Defendants displayed, offered for sale, and in fact sold the following product:



Complaint for Copyright Infringement; Demand for Jury Trial

27. Defendants displayed, offered for sale, and in fact sold the following product:



28. Defendants' acts of copyright infringement, including willful copyright infringement, and acts of affirmative and widespread self-promotion of the copies directed to the public at large, as alleged above, have caused Plaintiff to suffer, and to continue to suffer, substantial damage to its business in the form of actual damages.

29. Further, as a direct result of the acts of copyright infringement and acts of affirmative and widespread self-promotion of the copies directed to the public at large alleged above, Defendants, and each of them, have caused actual damages to Plaintiff and obtained direct and indirect profits they would not otherwise have realized but for their infringement of the Subject Images. Plaintiff is entitled to disgorgement of each Defendant's profits and indirectly attributable to said Defendant's infringement of the

Complaint for Copyright Infringement; Demand for Jury Trial

1  Subject Images.

## SECOND CAUSE OF ACTION

### (Copyright Infringement Against All Defendants)

30. Plaintiff repeats, realleges and incorporates by reference in this paragraph the allegations contained in this Complaint as if fully set forth herein.

31. Defendants GUETTA and/or IT'S A WONDERFUL WORLD, INC., and DOES 1-10, built or designed a backdrop in Los Angeles, California, hereinafter ("the Infringing Backdrop"), which appeared as follows:



32. The Infringing Backdrop featured huge blow-ups of the Subject Images

depicting John Coltrane (paragraph 13, above) and Jimi Hendrix (paragraph 23, above) and that were made part of the backdrop. The use of these constituted unauthorized reproductions and display of said Subject Images.

33. Defendants GUETTA and/or IT'S A WONDERFUL WORLD, INC., and DOES 1-10, without Plaintiff's authorization, authorized Defendant GOOGLE , and DOES 1-10, to use in an infringing manner the Infringing Backdrop to promote its service "Google Music."

34. Without Plaintiff's authorization, Defendant GOOGLE, and DOES 1-10, used, in an infringing manner, the Infringing Backdrop to promote, among other things, its service "Google Music."

35. Defendant GOOGLE , and DOES 1-10, staged the announcement to the media its launch of its new service called "Google Music" by displaying the Infringing Backdrop to promote and advertise its new service. GOOGLE, and DOES 1-10, without authorization from Plaintiff, held an invited commercial event that they had the right and ability to supervise, wherein they invited, directed, requested and authorized others, to photograph the Infringing Backdrop, for the purpose of reproducing the images. GOOGLE, and DOES 1-10, knew and expected that said reproductions would financially benefit GOOGLE , and DOES 1-10, which it did.

35. The above described acts constitute copyright infringement, including willful copyright infringement, as set forth in 17 U.S.C. 101 *et seq*., by infringing, among other

things, Plaintiff's exclusive rights to reproduce, prepare derivative works, display, distribute, and sell the Subject Images, and to authorize the same.

36. Plaintiff is informed and believes, and thereon alleges, that these infringing photographs were published, displayed, distributed, reproduced, offered for sale and/or sold for profit, including over the Internet at:

http://www.gettyimages.com/detail/news-photo/mr-brainwashs-artwork-ondisplay-during-the-launch-of-news-photo/133080808

http://www.gettyimages.com/detail/news-photo/google-engineering-directorchris-yerga-speaks-at-the-the-news-photo/133066192

http://www.gettyimages.com/detail/news-photo/google-music-signage-isdisplayed-at-the-the-launch-of-news-photo/133066736

http://www.gettyimages.com/detail/news-photo/google-digital-content-strategyandroid-jamie-rosenberg-news-photo/133065949

37. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them are also liable for contributory copyright infringement because each Defendant

1
2
3

had the right and ability to supervise the infringing conduct, and had an obvious and

direct financial interest in the infringing conduct.

4
5
6
7
8

38. Plaintiff is informed and believes and thereon alleges that Defendants, and each

of them are vicariously liable for copyright infringements because each Defendant

enjoys a direct financial benefit from the infringing activity and had the right and ability

to supervise the infringing activity.

9
10
11
12

39. As a result of Defendants' acts of copyright infringement, Plaintiff is entitled to

an accounting of Defendants' profits and/or Plaintiff's actual damages or statutory

damages under the Copyright Act.

13
14

### PRAYER FOR RELIEF

15

WHEREFORE, Plaintiff prays for judgment as follows:

16
17
18
19

1. That Defendants, and each of them, and their respective agents and servants be

enjoined from infringing Plaintiff's copyright in any manner and that all Defendants'

infringing works be turned over to Plaintiff.

20
21
22
23
24
25

2. That Plaintiff be awarded all profits of Defendants, and each of them, plus all

actual damages of Plaintiff, the exact sum to be proven at the time of trial, or, if elected

before final judgment, statutory damages, as available under the Copyright Act, 17

U.S.C. § 101, *et seq.*;

26
27
28

3. That Plaintiff be awarded its attorneys' fees as available under the Copyright

Act, 17 U.S.C. § 101, *et seq.*;

4. That Defendants, and each of them, account to Plaintiff for their profits and any damages sustained by Plaintiff arising from the foregoing acts of infringement;

5. That Plaintiff be awarded pre-judgment interest as allowed by law;

6. That Plaintiff be awarded the costs of this action; and

7. Such further legal and equitable relief as the Court deems proper.


Dated:  April 18, 2012           LAW OFFICES OF LAWRENCE G. TOWNSEND
                                 THE LINDE LAW FIRM


                                 By: _____
                                 Lawrence G. Townsend
                                 Douglas A. Linde
                                 Erica L. Allen
                                 Attorneys For Plaintiff,
                                 THE ESTATE OF JAMES J. MARSHALL

## **DEMAND FOR JURY**

Plaintiff hereby demands a trial by jury in this action pursuant to F.R.C.P. 38 and the Seventh Amendment of the Constitution.


Dated:  April 18, 2012           LAW OFFICES OF LAWRENCE G. TOWNSEND
                                 THE LINDE LAW FIRM


                                 By: _____
                                 Lawrence G. Townsend
                                 Douglas A. Linde
                                 Erica L. Allen
                                 Attorneys For Plaintiff,
                                 THE ESTATE OF JAMES J. MARSHALL

DOUGLAS A. LINDE (SBN 217584)
THE LINDE LAW FIRM
9000 Sunset Boulevard, Suite 1025
Los Angeles, California 90069
(310) 203 9333
(310) 203-9233 FAX

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF JAMES J. MARSHALL,<br><br><br>PLAINTIFF(S)<br>v.<br><br>THIERRY GUETTA; IT'S A WONDERFUL WORLD, INC., a California corporation; GOOGLE, INC., a Delaware corporation, and DOES 1 through 10,<br>DEFENDANT(S). | CASE NUMBER<br><br>CV 12-3423 SJO (VBKx)<br><br>**SUMMONS** |

TO:     DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, __The Linde Law Firm_____, whose address is __9000 Sunset Blvd., Suite 1025, Los Angeles, CA 90069_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: __APR 20 2012__

By: _____
         Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

DOUGLAS A. LINDE (SBN 217584)
THE LINDE LAW FIRM
9000 Sunset Boulevard, Suite 1025
Los Angeles, California 90069
(310) 203 9333
(310) 203-9233 FAX

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| THE ESTATE OF JAMES J. MARSHALL, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. THIERRY GUETTA; IT'S A WONDERFUL WORLD, INC., a California corporation; GOOGLE, INC., a Delaware corporation, and DOES 1 through10, DEFENDANT(S). | **CV12-3423** ~SJO (VBK) **SUMMONS** |

TO:     DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, The Linde Law Firm _____, whose address is 9000 Sunset Blvd., Suite 1025, Los Angeles, CA 90069 _____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated:  APR 2 0 2012 _____

By: _____ MARILYN DAVIS

Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐)<br>THE ESTATE OF JAMES J. MARSHALL | DEFENDANTS<br>THIERRY GUETTA; IT'S A WONDERFUL WORLD, INC., a California corporation; GOOGLE, INC., a Delaware corporation, and DOES 1 through10 |
|---|---|
| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)<br><br>Douglas A. Linde and Erica L. Allen<br>THE LINDE LAW FIRM<br>9000 Sunset Blvd., Suite 1025, Los Angeles, CA 90069 | Attorneys (If Known) |

## II. BASIS OF JURISDICTION (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (Place an X in one box only.)

☑ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify):  ☐ 6 Multi-District Litigation  ☐ 7 Appeal to District Judge from Magistrate Judge

## V. REQUESTED IN COMPLAINT:   JURY DEMAND: ☑ Yes   ☐ No (Check 'Yes' only if demanded in complaint.)

CLASS ACTION under F.R.C.P. 23: ☑ Yes ☐ No    ☐ MONEY DEMANDED IN COMPLAINT: $_____

## VI. CAUSE OF ACTION (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Plaintiff alleges Defendants violated 17 U.S.C. 101, et seq. when they created works bearing Plaintiff's copyright protected photographs without Plaintiff's permission.

## VII. NATURE OF SUIT (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS<br>PERSONAL INJURY | TORTS<br>PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | REAL PROPERTY | IMMIGRATION | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

# CV12-3423

FOR OFFICE USE ONLY:   Case Number: _____

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No  ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No  ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)   ☐ A.  Arise from the same or closely related transactions, happenings, or events; or
                                ☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
                                ☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
                                ☐ D.  Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐  Check here if the government, its agencies or employees is a named plaintiff.  If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| San Francisco County | |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐  Check here if the government, its agencies or employees is a named defendant.  If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Thierry Guetta- Los Angeles County<br>It's A Wonderful World, Inc.- Los Angeles County | Google, Inc.- Delaware |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X  SIGNATURE OF ATTORNEY (OR PRO PER): _____   Date April 18, 2012 _____

**Notice to Counsel/Parties:**  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law.  This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet.  (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge S. James Otero and the assigned discovery Magistrate Judge is Victor B. Kenton.

The case number on all documents filed with the Court should read as follows:

## CV12- 3423 SJO (VBKx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=================================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] Western Division | [ ] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)      NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY