# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIM MARSHALL PHOTOGRAPHY, LLC<br><br>Plaintiff,<br><br>v.<br><br>THIERRY GUETTA, IT'S A WONDERFUL WORLD, INC., GOOGLE, INC., AND DOES 1 through 10,<br><br>Defendants. | CASE NO. CV12-3423-SJO (VBKx)<br><br>Hon. S. James Otero<br><br>**ORDER**<br><br>Action Filed: April 20, 2012 |

THE STIPULATED PROTECTIVE ORDER SUBMITTED BY THE PARTIES IS HEREBY SO ORDERED.


Dated:__May 10, 2013_____          _____/s/_____

                                                                UNITED STATES MAGISTRATE JUDGE

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067
310-229-9900

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIM MARSHALL PHOTOGRAPHY, LLC<br><br>      Plaintiff,<br><br>    v.<br><br>THIERRY GUETTA, IT'S A WONDERFUL WORLD, INC., GOOGLE, INC., AND DOES 1 through 10,<br><br>      Defendants. | CASE NO. CV12-3423-SJO (VBKx)<br><br>Hon. S. James Otero<br><br>Action Filed: April 20, 2012 |

I, _____, declare and say that:

1.  I live at _____ I am employed as [state position] _____ by [state name and address of employer] _____.

2.  I have read the Stipulated Protective Order entered in the case captioned above and a copy of the Stipulated Protective Order has been given to me.

3.  I agree to be bound by the terms of the Stipulated Protective Order and agree that any CONFIDENTIAL material within the meaning of the Stipulated Protective Order will be used by me only in connection with the furtherance of the above-referenced/above-captioned litigation.

4.  I agree that I will not disclose or discuss CONFIDENTIAL material with

1  anyone other than the persons allowed access to such CONFIDENTIAL material
2  as set forth in Paragraphs 8 and 9 of the Stipulated Protective Order.

3  5.  I understand that any disclosure or use of CONFIDENTIAL material in any
4  manner contrary to the provisions of the Stipulated Protective Order may subject
5  me to sanctions for contempt of the Court's Order.

6  6.  I agree to return all CONFIDENTIAL material to counsel who provided it to
7  me upon the conclusion of this action.

8  7.  I agree to be subject in person to the rules and jurisdiction of this Court in
9  connection with any proceeding relating to the enforcement of the Stipulated
10  Protective Order.

   I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed this _____ day of _____ 20___, at _____ [location].

   _____
   [NAME]

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067
310-229-9900