LAWRENCE G. TOWNSEND (SBN 88184)(ltownsend@owe.com)
LAW OFFICES OF LAWRENCE G. TOWNSEND
455 Market Street, 19th Floor
San Francisco, California 94105
(415) 882-3288; (415) 882-3299 FAX

DOUGLAS A. LINDE (SBN 217584)(dal@lindelaw.net)
ERICA L. ALLEN (SBN 234922)(eag@lindelaw.net)
THE LINDE LAW FIRM
9000 Sunset Boulevard, Suite 1025
Los Angeles, California 90069
(310) 203 9333; (310) 203-9233 FAX

Attorneys for Plaintiff
JIM MARSHALL PHOTOGRAPHY LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIM MARSHALL PHOTOGRAPHY LLC, a California Limited Liability Company,<br><br>           Plaintiff,<br><br>     vs.<br><br>THIERRY GUETTA; IT'S A WONDERFUL WORLD, INC., a California corporation; GOOGLE, INC., a Delaware corporation, and DOES 1 through10, inclusive,<br><br>           Defendants. | Case No. CV 12-03423 SJO (VBKx)<br>Filed April 20, 2012<br>Honorable S. James Otero<br><br>**DECLARATION OF DOUGLAS A. LINDE IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY ADJUDICATION**<br><br><br>**Time: 10:00 a.m.**<br>**Date:  July 1, 2013**<br>**Place: Courtroom 1 – 2nd Floor** |

**TO THE HONORABLE COURT, DEFENDANT AND ITS ATTORNEYS OF RECORD HEREIN:**

1 | I, DOUGLAS A. LINDE, declare:

3 | 1. I am an attorney licensed to practice before all the courts of the State of California and the Central District Court of California. I am a member of the Linde Law Firm and currently represent Plaintiff in this case.

2. Attached hereto as Exhibit 1, is a true and correct copy of the United States Copyright Registration VA 1-365-079 on record with the United States Copyright Office filed by Jim Marshall.

3. Attached hereto as Exhibit 2, is a true and correct copy of the United States Copyright Registration TX 6-031-402 on record with the United States Copyright Office filed by Jim Marshall.

4. Attached hereto as Exhibit 3, is a true and correct copy of the relevant portions of Defendants' Answer to Plaintiff's Second Amended Complaint.

5. Attached hereto as Exhibit 4, is a true and correct copy of the relevant portions of Defendants responses to Plaintiff's Request for Admissions, First Set. The Exhibits referred to in the Requests are attached.

6. Attached hereto as Exhibit 5, is a true and correct copy of the relevant portions of Defendants responses to Plaintiff's Interrogatories, First Set.

7. Attached hereto as Exhibit 6, is a true and correct copy of the relevant portions of the Deposition of Amelia Davis, taken on November 6, 2012.

8. Attached hereto as Exhibit 7, is a true and correct copy of the relevant portions of the Deposition of Defendant Thierry Guetta, taken on May 17, 2013, and the exhibits referenced therein.

9. Attached hereto as Exhibit 8, is a true and correct copy of the United States Copyright Registration VA 521-027 on record with the United States Copyright Office.

1    I declare under the penalty of perjury that all of the above is true and correct of
2 my own personal knowledge.  If called as a witness, I could and would testify
3 competently to all of it.
4    Signed on May 29, 2013 in Los Angeles County, California.

    _____
    Douglas A. Linde

DECLARATION OF DOUGLAS LINDE – Page 3