LAWRENCE G. TOWNSEND (SBN 88184)(ltownsend@owe.com)
LAW OFFICES OF LAWRENCE G. TOWNSEND
455 Market Street, 19th Floor
San Francisco, California 94105
(415) 882-3288; (415) 882-3299 FAX

DOUGLAS A. LINDE (SBN 217584)(dal@lindelaw.net)
ERICA L. ALLEN (SBN 234922)(eag@lindelaw.net)
THE LINDE LAW FIRM
9000 Sunset Boulevard, Suite 1025
Los Angeles, California 90069
(310) 203 9333; (310) 203-9233 FAX

Attorneys for Plaintiff
JIM MARSHALL PHOTOGRAPHY LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIM MARSHALL PHOTOGRAPHY LLC, a California Limited Liability Company,<br><br>　　　　　　Plaintiff,<br>　　vs.<br><br>THIERRY GUETTA; IT'S A WONDERFUL WORLD, INC., a California corporation; GOOGLE, INC., a Delaware corporation, and DOES 1 through10, inclusive,<br><br>　　　　　　Defendants. | Case No.  CV 12-03423 SJO (VBKx)<br>Filed: April 20, 2012<br>Honorable S. James Otero<br><br>**DECLARATION OF AMELIA DAVIS IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY ADJUDICATION**<br><br>**Time: 10:00 a.m.**<br>**Date: July 1, 2013**<br>**Place: Courtroom 1 – 2nd Floor** |

I, AMELIA DAVIS, declare:

　　1.　I am a resident of California, over eighteen years of age and am competent to

DECLARATION OF AMELIA DAVIS – Page 1

1  make this declaration.

2      2.   I am the founder and sole owner of Jim Marshall Photography LLC. I knew Jim Marshall from 1998 until his death in 2010. I worked as his assistant for thirteen (13) years prior to his death in 2010. I served as the administrator for Jim Marshall's estate after his death. I have familiarity with Jim Marshall, his catalogue of photographs, and the assets of Jim Marshall Photography LLC such that I have the foundation and basis to make the statements herein.

    3.   Jim Marshall was a professional photographer for over 50 years. He personally took and created photographs of world famous music acts, specifically including the photographs that are reproduced below in this declaration (the "Subject Photographs"). Jim Marshall was the sole author of the Subject Photographs and solely responsible for their creation, including but not limited to selecting the subject matter, angle of photographs, exposure, composition, framing, location and determination of the precise moment of taking the photographs. Jim Marshall has kept and maintained the negatives of the photographs since they were taken. I am not aware of any claim or finding that the Subject Photographs were not authored by Jim Marshall.

///
///
///

4. The following are original photographs taken by Jim Marshall:

Photograph "A"
(John Coltrane)

Photograph "B"
(Sonny Rollins)

Photograph "C"
(Monk/Gillespie/Wilson)





Photograph "D"
(Stanley Turrentine)

Photograph "E"
(Jimi Hendrix)

Photograph "F"
(Hendrix/Jones)





5. After Jim Marshall's death in 2010, the copyrights in all photographs owned by Jim Marshall, including the Subject Photographs, were transferred to me personally as the sole beneficiary under the will of Jim Marshall. A true and correct copy of the final distribution order in probate from the San Francisco Superior Court is attached hereto as Exhibit 9 and incorporated by reference. Thereafter, I assigned all such copyrights to Jim Marshall Photography, LLC. A true and correct copy of the assignment is attached hereto as Exhibit 10 and incorporated by reference.

6. The Subject Photographs identified in Paragraph 4 as Photographs A, B, C, and D were published in *Jim Marshall: Jazz* (2005). *Jim Marshall: Jazz* (2005) is

registered with the U.S. Copyright Office as Registration Number VA 1-365-079. A true and correct copy of the U.S. Copyright Registration Number VA 1-365-079 is attached to this motion as Exhibit 1.

7. Photographs A, B, C and D were first published on July 1, 2005 and were registered on August 10, 2005.

8. The Subject Photographs identified in Paragraph 4 as Photograph E were published in *Not Fade Away: The Rock & Roll Photography of Jim Marshall* (1997). *Not Fade Away: The Rock & Roll Photography of Jim Marshall* (1997) is registered with the U.S. Copyright Office as Registration Number TX 6-031-402. A true and correct copy of the U.S. Copyright Registration Number TX 6-031-402 is attached to this motion as Exhibit 2.

9. The Subject Photograph identified in Paragraph 4 as Photograph F was published in *Monterey Pop* (1992). *Monterey Pop* (1992) is registered with the U.S. Copyright Office as Registration Number VA 521-027. A true and correct copy of the U.S. Copyright Registration Number VA 521-027 is attached to this motion as Exhibit 8.

10. Jim Marshall did not authorize Thierry Guetta or It's a Wonderful World to make, reproduce, sell, offer to sell, distribute or display any reproduction or use of any of these Subject Photographs.

11. Jim Marshall Photography LLC did not authorize Thierry Guetta or It's a Wonderful World to make, reproduce, sell, offer to sell, distribute or display any reproduction or use of any of these Subject Photographs.

///

///

///

I declare under the penalty of perjury that all of the above is true and correct of my own personal knowledge. If called as a witness, I could and would testify competently to all of it.

Signed on May 29, 2013 in San Francisco County, California.

*[signature]*
Amelia Davis