# **EXHIBIT 10**

## ASSIGNMENT AGREEMENT

This agreement ("Agreement") is made as of May 15, 2012 as between Amelia Davis, an individual, and Jim Marshall Photography LLC, a limited liability company organized and existing under the laws of the State of California, with respect to the following:

A.   Jim Marshall died on March 24, 2010;

B.   The Estate of James J. Marshall was administered in San Francisco Superior Court, Case No. PES-10-293338, resulting on or about May 2, 2012, in an Order For Final Distribution On Waiver Of Account that, pursuant to the will of Jim Marshall, vested in Amelia Davis, as sole beneficiary ("Davis") all assets of the Estate, inclusive of the following rights:

(a)   All Jim Marshall's rights of publicity, intellectual property rights, trademarks, copyrights, and other publishing rights owned by Jim Marshall or his Estate, or held in or passing to his Estate. Such rights include all intellectual property rights, copyrights, and other publishing rights associated with, arising out of the use of, or related in any manner to the negatives, photographs, images, and other works of art created by Jim Marshall as a photographer and artist.

(b)   All Jim Marshall's rights of publicity, intellectual property rights, trademarks, copyrights, and other rights associated with, or arising out of the use of, Jim Marshall's name, voice, signature, photograph, or likeness, in any manner, including, without limitation, on or in products, merchandise, or goods, or for purposes of advertising or selling, or soliciting purchases of products, merchandise, goods or services. Such rights shall include all rights under existing or proposed agreements that license or otherwise affect the use of any or all such rights.

(c)   The rights, including rights of consent, established by Section 3344 and Section 3344.1 of the California Civil Code and the entire interest in all rights and protections granted under such Sections.

(d)   All goodwill associated with the rights described in paragraphs (a) through (c) above.

(e)   All rights to sue for past infringement of the rights described in paragraphs (a) through (d) above.

(f)   All such rights identified in (a) through (e) above are referred to herein as the "Marshall Intellectual Property Rights."

C.   Davis hereby desires to assign all of her right title and interest in the Marshall Intellectual Property Rights to Jim Marshall Photography LLC;

Now, therefore, for good and valuable consideration, receipt of which is hereby acknowledged, the parties agree as follows:

1.  Davis hereby assigns all Marshall Intellectual Property Rights to Jim Marshall Photography LLC. The parties agree to execute any and all documents necessary to effectuate the foregoing, including the execution and recordation of any assignments of specified copyright registrations with the Copyright Office and/or trademark registrations with the United States Patent and Trademark Office.

2.  This Agreement contains the entire agreement of the parties and supersedes all prior agreements and understandings, both written and oral, between Davis and Jim Marshall Photography with respect to the subject matter hereof.

JIM MARSHALL PHOTOGRAPHY LLC

_____          By: _____
Amelia Davis