LAWRENCE G. TOWNSEND  (SBN 88184)(ltownsend@owe.com)
LAW OFFICES OF LAWRENCE G. TOWNSEND
455 Market Street, 19th Floor
San Francisco, California 94105
(415) 882-3288; (415) 882-3299 FAX

DOUGLAS A. LINDE (SBN 217584)(dal@lindelaw.net)
ERICA L. ALLEN (SBN 234922)(eag@lindelaw.net)
THE LINDE LAW FIRM
9000 Sunset Boulevard, Suite 1025
Los Angeles, California 90069
(310) 203 9333; (310) 203-9233 FAX

Attorneys for Plaintiff
THE ESTATE OF JAMES J. MARSHALL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF JAMES J. MARSHALL,<br><br>    Plaintiff,<br><br>vs.<br><br>THIERRY GUETTA; IT'S A WONDERFUL WORLD, INC., a California corporation; GOOGLE, INC., a Delaware corporation, and DOES 1 through10, inclusive,<br><br>    Defendants. | Case No. CV12-3423 SJO (VBKx)<br>Honorable S. James Otero<br>Complaint Filed: April 20, 2012<br><br>**STIPULATION OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>[FRCP 41(a)(1)] |

**TO THE HONORABLE COURT:**

1

**PLEASE TAKE NOTICE** that the parties to this action hereby stipulate that this matter shall hereby be dismissed, in its entirety, against all parties, with prejudice, pursuant to FRCP 41(a)(1), with each side to bear its own fees and costs.

Pursuant to FRCP 41(a)(1)(ii), because all parties appearing have signed this stipulation, no Court Order is required to effect this dismissal.

Dated: August 15, 2013

LAW OFFICES OF LAWRENCE G. TOWNSEND
THE LINDE LAW FIRM

By: /s/ Erica A. Gonzales
Lawrence G. Townsend
Douglas A. Linde
Erica A. Gonzales
Attorneys for Plaintiff,
THE ESTATE OF JAMES J. MARSHALL

Dated: August 15, 2013

VENABLE, LLP

By: /s/ Tamany Vinson Bentz
Tamany Vinson Bentz
Joshua Kaufman
Attorneys for Defendants
THIERRY GUETTA
IT'S A WONDERFUL WORLD, INC.